UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>       Plaintiff,<br><br>v.<br><br>QSC FOOD SERVICES, LLC dba JACK IN THE BOX #3003; ASPEN GOLD, LP,<br><br>       Defendants. | Case No. 09-CV-0759 LAB (RBB)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to the joint motion for extension of time to respond to complaint between plaintiff and defendant QSC Foods in the above-captioned action, and good cause appearing therefor, it is hereby **ORDERED** that Defendant QSC Food Services, LLC shall have up to and including June 26, 2009 to respond to Plaintiff's complaint.

DATED: June 18, 2009

_____
HON. LARRY A. BURNS
U.S. DISTRICT JUDGE